## VILLINES v. REYNOLDS.

No. 15018—Opinion Filed Sept. 23, 1924.

Rehearing Denied Oct. 7, 1924.

Leave to File Second Rehearing Denied Nov. 12, 1924.

Error from County Court, Seminole County; J. E. Simpson, Judge.

Action between T. F. Villines and Dan Reynolds. From the judgment, the former brings error. Reversed and remanded.

W. M. Haulsee, for plaintiff in error.

A. M. Fowler, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.